

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| GUILLERMO ARTURO SALAS, | § | No. 08-22-00154-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20200C07457) |
|  | § |  |

# **O R D E R**

The clerk's record was due to be filed on September 17, 2022. The County Clerk advised the Court on September 20, 2022 and October 4, 2022 that no designation has been received.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a clerk's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the County Clerk of El Paso County, Texas, on or before October 26, 2022. The County Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before November 5, 2022. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before November 5, 2022.

IT IS SO ORDERED this 6th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.